**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | | |
|---|---|---|
| KEVIN MASTERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 13-00931-CV-W-GAF |
| | ) | |
| JAMES CORWIN, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

## <u>JUDGMENT IN A CIVIL ACTION</u>

**_____ Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**  X   Decision by Court.** This action has been considered and a decision has been rendered by the Court.

**IT IS ORDERED AND ADJUDGED** that Defendants James Corwin and Darryl Forte's Motion for Summary Judgment (Doc. # 74) is GRANTED.


June 15, 2016                          Paige Wymore-Wynn

Dated                                     Clerk of Court

June 16, 2016                          /s/ Terri Moore

Entered                                   (by) Deputy Clerk